■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAUDIO RODRIGUEZ, Also Known as CLAUDIO ENRIQUE, Appellant. [827 NYS2d 666]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 19, 2001 (*People v Rodriguez*, 281 AD2d 999 [2001]), affirming a sentence of the Supreme Court, Kings County, imposed January 13, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Miller, Schmidt and Crane, JJ., concur.